WILLIAM L. SMITH, ISB #6134
SMITH HORRAS, P.A.
5561 N. Glenwood Street
P.O. Box 140857
Boise, Idaho 83714
Telephone (208) 697-5555
Facsimile 1 (800) 881-6219
bill@smithhorras.com

Attorneys for David Callister

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID CALLISTER,<br><br>      Plaintiffs,<br>-vs-<br><br>CHET OWEN, an individual,<br><br>      Defendant. | Case No.<br><br>**VERIFIED COMPLAINT** |

COMES NOW, the Plaintiff, David Callister, by and through his attorney of record, William L. Smith of Smith Horras, P.A., and alleges as follows:

## PARTIES

1. Plaintiff David Callister is and at all times material hereto was a resident of Eagle, Idaho.

2. Upon information and belief, Defendant Chet Owen is a resident of Molalla, Oregon.

## JURISDICTION AND VENUE

3. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. The Plaintiff is

domiciled in Idaho and is a citizen of Idaho. Defendant is domiciled in Oregon and is a citizen of Oregon (or states or nationalities other than Idaho). The amount in controversy, exclusive of interests and costs, exceeds $75,000.00.

4. Venue is proper pursuant to 28 U.S.C. § 1391. The contract that is the subject of this Complaint was entered into in the State of Idaho, and is governed according to the laws of the State of Idaho.

## FACTUAL ALLEGATIONS

5. On October 24, 2016 Plaintiff sued Defendant based upon a variety of legal theories, including Breach of Contract, Violation of the Idaho Consumer Protection Act, Fraud, Conversion, and Breach of Fiduciary Duty ("First Lawsuit").

6. The First Lawsuit was filed in the United States District Court for the District of Idaho and assigned Case No. 1:16-cv-00474-CWD.

7. On or about May 4, 2017, Defendant Owen entered into a Confidential Release and Settlement Agreement with Plaintiff Callister.

8. As part of the Confidential Release and Settlement Agreement, the parties agreed to a payment plan.

9. The details of the payment plan set forth in the Confidential Release and Settlement Agreement are as follows:

> The payments shall be made as follows (collectively "Payment Plan"):
> a. First Payment: Ten Thousand Dollars ($10,000.00) in United States currency delivered on or before fourteen (14) calendar days after the Stipulation to Dismiss Amended Complaint Without Prejudice ("Stipulation") is filed with the Court;
> b. Second Payment: Ten Thousand Dollars ($10,000.00) in United States currency delivered on or before forty-five (45) calendar days after the First Payment in paragraph 2.a. above;

      c. Third Payment: Fifty Thousand Dollars ($50,000.00) in United States currency delivered on or before six (6) months after the Second Payment in paragraph 2.b. above;
      d. Fourth Payment: Fifty Thousand Dollars ($50,000.00) in United States currency delivered on or before eight (8) months after the Third Payment in paragraph 2.c. above;
      e. Fifth Payment: Thirty Thousand Dollars ($30,000.00) in United States currency delivered on or before eight (8) months after the Fourth Payment in paragraph 2.d. above.

10.    If the payment plan was not fully complied with by Defendant Owen, the parties agreed that Defendant Owen would confess Judgment in the amount of two hundred thousand dollars and no cents ($200,000).

11.    A true and correct copy of the Affidavit of Chet Owen for Confession of Judgment is attached hereto as Exhibit 1.

12.    Owen timely made the First Payment and the Second Payment.

13.    The Third Payment was due on January 15, 2018.

14.    As of the date of the filing of this Complaint, Defendant Owen has not made the Second Payment or any subsequently due payment.

15.    Because of Defendant Owen's failure or refusal to timely make the Third Payment, Plaintiff Callister is authorized to enforce the Confession of Judgment sworn to by Defendant Owen.

16.    Since December 13, 2016, Defendant Owen has been represented by the law firm known as Jones & Swartz, PLLC.

17.    Despite having no obligation to provide written notice to Defendant's counsel of Defendant's failure to comply with the terms of the Payment Plan, Plaintiff's counsel has provided notice to Defendant's counsel and Defendant's counsel has confirm that Defendant Owen is aware of Plaintiff's intention to seek entry of the confessed Judgment.

## FIRST CAUSE OF ACTION
**Breach of Contract – Entry of Confessed Judgment**

18.  Plaintiff re-alleges and incorporates all paragraphs above herein.

19.  Defendant Chet Owen entered into a sworn affidavit confessing judgment in this matter in the event Defendant Owen failed to timely make the third payment due pursuant to the Payment Plan.

20.  As a result of Defendant Chet Owen's failure to perform his obligations set forth in the Confidential Release and Settlement Agreement, Judgment should be entered in the amount of the confessed Judgment, to wit: $200,000.00.

## PUNITIVE DAMAGES

If this matter is contested, Plaintiff intends to move to amend the Complaint to include allegations supporting and a prayer for punitive damages pursuant to Idaho Code, Section 6-1604(2).

## PRAYER FOR RELIEF

WHEREFORE, David Callister prays for judgment against Defendant Chet Owen as follows:

A.  In the event of default:
   a.  For the principal sum of $200,000;
   b.  For reasonable post-judgment attorneys' fees pursuant to Idaho Code, Section 12-120(5) in an amount to be determined upon further application to the Court;
   c.  For post-judgment interest pursuant to 28 U.S.C. 1961;
   d.  For costs of suit herein in an amount to be determined; and
   e.  For such other and further relief as the Court deems just and proper.

B.  In the event this matter is contested:

a. For Judgment in the amount of $200,000;

b. For reasonable attorney fees pursuant to Idaho Code, Sections 12-120(3), 12-121, and or 12-123;

c. For reasonable post-judgment attorneys' fees pursuant to Idaho Code, Section 12-120(5) in an amount to be determined upon further application to the Court;

d. For pre-judgment interest pursuant to Idaho Code, Section 28-22-104(1);

e. For post-judgment interest pursuant to 28 U.S.C. 1961;

f. For costs of suit herein in an amount to be determined; and

g. For such other and further relief as the Court deems just and proper.

DATED this 29 day of January, 2018.

SMITH HORRAS, P.A.

_____
William L. Smith
Attorneys for Plaintiff David Callister
SMITH HORRAS, P.A.
5561 N. Glenwood Street
P.O. Box 140857
Boise, Idaho 83714
Telephone (208) 697-5555
Facsimile 1 (800) 881-6219
bill@smithhorras.com

## VERIFICATION

STATE OF IDAHO         )
                       ) ss.
County of ADA          )

WILLIAM L. SMITH, being first duly sworn upon oath, deposes and says:

That I am the legal counsel for the Plaintiff in the above-entitled matter, that I have read the within and foregoing, know the contents thereof, and that the facts stated therein are true as I verily believe.

_____
WILLIAM L. SMITH

SUBSCRIBED AND SWORN to before me this 29 day of January, 2018.



_____
Notary Public for Idaho
Residing at Boise
My Commission Expires Jan 7, 2019